UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOOKMIN BEST INSURANCE COMPANY CO. LTD. (US BRANCH),<br><br>  Plaintiff,<br><br>  v.<br><br>WATTS REGULATOR CO., a Massachusetts corporation, and DOES 1 through 50, inclusive,<br><br>  Defendant. | No. 2:18-cv-09665-JAK (ASx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 43)** |

Based on a review of the Joint Stipulation of Dismissal with Prejudice (The "Stipulation" (Dkt. 43)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:   February 25, 2021          _____
                                     John A. Kronstadt
                                     United States District Judge

Choose an item.